UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10499
    SUSAN T GALAN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-9064

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/25/06 and confirmed on 11/08/06.

    2.  The case was dismissed after confirmation, 01/18/2008.

    3.  The Debtor paid a total of $  5221.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL T | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE ARRE | 15679.27 | .00 | 3010.83 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1874.14 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 8866.49 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2849.08 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 417.81 | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15679.27 | 1874.14 | 12133.38 | .00 | 29686.79 |
| PRINCIPAL PAID | 3010.83 | .00 | .00 | .00 | 3010.83 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3010.83 | .00 | .00 | .00 | 3010.83 |

The Debtor's attorney, STUART B HANDELMAN        , was allowed $  2500.00
and was paid $   500.00  direct and $  2000.00  through the plan.

The Trustee received $   210.17 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/11/08              /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE

```
                                    PAGE   2
        CASE NO. 06 B 10499 SUSAN T GALAN
```